# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**M.D. MODZELEWSKI, F.D. MITCHELL, J.A. FISCHER**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

**v.**

**BRADFORD L. LUNG**
**MACHINIST'S MATE FIRST CLASS (E-6), U.S. NAVY**

**NMCCA 201300455**
**GENERAL COURT-MARTIAL**

**Sentence Adjudged**: 6 June 2013.
**Military Judge**: CAPT Kevin O'Neil, JAGC, USN.
**Convening Authority**: Commander, U.S. Naval Forces Marianas, Guam.
**Staff Judge Advocate's Recommendation**: CDR R.J. Vavra, JAGC, USN.
**For Appellant**: Maj Emmett S. Collazo, USMCR.
**For Appellee**: Mr. Brian K. Keller, Esq.

**27 March 2014**

---
## OPINION OF THE COURT
---

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority.  Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court